IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHAUN A. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:18-cv-00263-WTL-MJD |
| | ) | |
| ADVICS MANUFACTURING | ) | |
| INDIANA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiff Shaun A. Sanders and Defendant ADVICS Manufacturing Indiana, LLC, by counsel, hereby stipulate and agree to the dismissal with prejudice of the above-captioned cause of action in its entirety, including all claims that were brought or that could have been brought, and with each party to bear its own fees, costs, and expenses.

Respectfully submitted,

*Robert P. Kondras Jr.*
Robert P. Kondras, Jr.
Hunt, Hassler, Kondras & Miller LLP
100 Cherry Street
Terre Haute, IN  47807
Telephone:  (812) 232-9691
Fax: (812) 234-2881
Email: Kondras@huntlawfirm.net

*Attorney for Plaintiff*

(Consent to use electronic signature provided to Defense counsel via email on December 29, 2018)

*Thomas C. Payne*
Peter A. Morse, Jr.
Nathan A. Baker
Thomas C. Payne
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:     317-236-1313
Facsimile:     317-231-7433
E-Mail:     pete.morse@btlaw.com
              nathan.baker@btlaw.com
              thomas.payne@btlaw.com

*Attorneys for Defendant*