IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SHAUN A. SANDERS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:18-cv-00263-WTL-MJD ) |
| ADVICS MANUFACTURING INDIANA, LLC, | ) ) ) ) |
| Defendant | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This cause came before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice. All parties who have appeared in this action have stipulated that this action be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that this action be, and hereby is, dismissed with prejudice.

ENTERED: 1/2/2019

*William T. Lawrence*

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Distribution to:

    Robert P. Kondras, Jr. - Kondras@huntlawfirm.net

    Peter A. Morse, Jr. - pete.morse@btlaw.com

    Nathan A. Baker - nathan.baker@btlaw.com

    Thomas C. Payne -  thomas.payne@btlaw.com